THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ANDREA INGLETON** | * | CIVIL ACTION NO.  2:23-cv-00914 |
| | * | |
| **Plaintiff** | * | SECTION:  T |
| | * | |
| **versus** | * | JUDGE: |
| | * | |
| **THE UNITED STATES,** | * | MAGISTRATE: 5 |
| **DR. PRATEEK ADHIKARI** | * | |
| **and JESSICA LEE, NP** | * | |
| | * | |
| **Defendants** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO DISMISS WITHOUT PREJUDICE**

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Andrea Ingleton individually and on behalf of her minor child, S.I., Dwight Ingleton, Jr., Shakela Ingleton and Sharian Bourgeois, who respectfully request that this Court enter an order dismissing all remaining defendants in this matter, the United States of America, Dr. Prateek Adhikari and Jessica Lee, NP, and defendant-in-intervention, State of Louisiana, through Attorney General Jeff Landry, without prejudice.  Counsel for defendants, Dr. Prateek Adhikari, Jessica Lee, NP and the United States of America, and defendant-in-intervention, State of Louisiana, through Attorney General Jeff Landry, have been made aware of this filing and have no objection to dismissal.

                                                             **Respectfully submitted:**

                                                               */s/ William Boyles*
                                                             RAVI SANGISETTY (#30709)
                                                             WILLIAM BOYLES (#31632)
                                                             AMANDA OLMSTED (#40002)
                                                             3914 Canal Street
                                                            New Orleans, LA 70119
                                                            Telephone: (504) 662-1016
                                                            Facsimile: (504) 662-1318

E-mail: rks@sangisettylaw.com
william@sangisettylaw.com
amanda@sangisettylaw.com